**93–586.** Hoppel v. Milwaukee Mut. Ins. Co. *Columbiana County*, No. 91–C–62.
WRIGHT, J., dissents.

**93–595.** State v. Butts. *Miami County*, No. 92–CA–34. On motion and cross-motion to certify the record. Motions denied.

**93–607.** State ex rel. Auer v. Dayton City School Dist. Bd. of Edn. *Montgomery County*, No. 13366.
RESNICK, J., dissents.

**93–608.** Manning v. Edelstein. *Hamilton County*, No. C–920624.
DOUGLAS, WRIGHT and PFEIFER, JJ., dissent.

**93–615.** Finocchi v. Greater Cleveland Regional Transit Auth. *Cuyahoga County*, No. 61650.
DOUGLAS and F.E. SWEENEY, JJ., dissent.

**93–616.** Hornbeck v. Caterpillar, Inc. *Belmont County*, No. 91–B–18.
WRIGHT, J., dissents.

**93–657.** Grant v. Ohio Dept. of Liquor Control. *Hamilton County*, No. C–900657.
WRIGHT, J., dissents.

**93–665.** Bay Mfg. Co. v. Cincinnati Ins. Co. *Erie County*, No. E–92–22.
RESNICK, J., not participating.

**93–754.** Peyatt v. Ohio Real Estate Comm. *Trumbull County*, No. 92–T–4733.
MOYER, C.J., not participating.

**93–819.** Slabochova v. Westfield Ins. Co. *Mahoning County*, No. 92 C.A. 47. On motion to certify the record and on motion to supplement memorandum. Motions denied.

## REHEARING DOCKET

**92–1226.** State v. Bell. *Marion County*, No. 9–90–79. Reported at 66 Ohio St.3d 1477, 612 N.E.2d 328. On motion for rehearing. Rehearing denied.
DOUGLAS and WRIGHT, JJ., dissent.

**92–2190.** State v. Russell. *Trumbull County*, No. 92–T–4650. Reported at 66 Ohio St.3d 1439, 608 N.E.2d 1085. On motion for rehearing. Rehearing denied.

**92–2350.** Barclay Energy Corp. v. Limbach. Board of Tax Appeals, Nos. 90–Z–191, 90–Z–192 and 90–Z–193. Reported at 66 Ohio St.3d 1479, 612 N.E.2d 329. On motion for rehearing. Rehearing denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**92–2488.** Holiday Homes, Inc. v. Miami Twp. Bd. of Trustees. *Clermont County*, Nos. CA91–11–096 and CA91–11–097. Reported at 66 Ohio St.3d 1472, 611 N.E.2d 834. On motion for rehearing. Rehearing denied.

**93–493.** State v. Lowe. *Logan County*, No. 8–92–36. Reported at 66 Ohio St.3d 1475, 611 N.E.2d 836. On motion for rehearing. Motion granted and motion for leave to appeal allowed.
A.W. SWEENEY, WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–713.** State ex rel. May v. Hendon. *Hamilton County*, No. C–920381. Reported at 66 Ohio St.3d 1472, 611 N.E.2d 834. On motion for rehearing. Rehearing denied.

## MISCELLANEOUS DISMISSALS

**93–394.** State ex rel. Schoener v. Hamilton Cty. Bd. of Commissioners. *Hamilton County*, Nos. C–900757, C–900778, C–900817 and C–900924. Cause dismissed, on joint application for dismissal, effective June 1, 1993.